**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
(Newport News Division)**

| | |
|---|---|
| TORAE SANDERS, ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| v. ] | Case No.:  4:21-cv-00096 |
| ] | |
| SEQUIUM ASSET SOLUTIONS, LLC, ] | |
| AND AVANTE USA LTD., ] | |
| ] | |
| **Defendant.** ] | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Torae Sanders, ("Plaintiff"), *pro se*, and Defendant, Sequium Asset Solutions, LLC, by counsel hereby respectfully notify the Court that all matters in controversy between the parties and before this Court have been settled and resolved; and thus, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties do jointly submit this Stipulation of Dismissal of the above-captioned matter, WITH PREJUDICE.

| | |
|---|---|
| DATED: October 13, 2021 | Respectfully submitted, |
| | |
| SEQUIUM ASSET SOLUTIONS, LLC | TORAE SANDERS |
| | |
| */s/ Lindsay K. Bunting Eubanks* | _____ |
| Andrew Biondi, Esq. (VSB No. 48100) | |
| Lindsay K. Bunting Eubanks (VSB No. 94686) | Torae Sanders, |
| Sands Anderson PC | *Pro Se* |
| 1111 East Main Street, Suite 2400 | 53 Rexford Drive, |
| P.O. Box 1998 | Newport News, VA 23608 |
| Richmond, VA 23218-1998 | Raesanders95@gmail.com |
| Phone: (804) 648-1636 | |
| Fax: (804) 783-7291 | |
| Email: ABiondi@sandsanderson.com | |
| Email: LBuntingEubanks@sandsanderson.com | |
| *Attorney for Defendant, Sequium Asset Solutions, LLC.* | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed this 13 rth day of October, 2021, via the CM/ECF system and that a Notice of Electronic Filing was thereby served upon the following Plaintiff, Torae Sanders, representing herself pro se:

Torae Sanders,
*Pro Se*
53 Rexford Drive,
Newport News, VA 23608
Raesanders95@gmail.com

*/s/ Lindsay K. Bunting Eubanks*
Andrew Biondi, Esq. (VSB No. 48100)
Lindsay K. Bunting Eubanks (VSB No. 94686)
Sands Anderson PC
1111 East Main Street, Suite 2400
P.O. Box 1998
Richmond, VA 23218-1998
Phone: (804) 648-1636
Fax: (804) 783-7291
Email: ABiondi@sandsanderson.com
Email: LBuntingEubanks@sandsanderson.com
*Attorney for Defendant,*
*Sequium Asset Solutions, LLC.*