**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**(Newport News Division)**

| | |
|---|---|
| **TORAE SANDERS,** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| v. ] | Case No.: 4:21-cv-00096 |
| ] | |
| **SEQUIUM ASSET SOLUTIONS, LLC,** ] | |
| **AND AVANTE USA LTD.,** ] | |
| ] | |
| **Defendant.** ] | |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, Torae Sanders, ("Plaintiff"), *pro se*, and Defendant, Sequium Asset Solutions, LLC, by counsel hereby respectfully notify the Court that all matters in controversy between the parties and before this Court have been settled and resolved; and thus, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties do jointly submit this Stipulation of Dismissal of the above-captioned matter, WITH PREJUDICE.

| | |
|---|---|
| DATED: October 13, 2021 | Respectfully submitted, |
| SEQUIUM ASSET SOLUTIONS, LLC | TORAE SANDERS |
| */s/ Lindsay K. Bunting Eubanks* <br> Andrew Biondi, Esq. (VSB No. 48100) <br> Lindsay K. Bunting Eubanks (VSB No. 94686) <br> Sands Anderson PC <br> 1111 East Main Street, Suite 2400 <br> P.O. Box 1998 <br> Richmond, VA 23218-1998 <br> Phone: (804) 648-1636 <br> Fax: (804) 783-7291 <br> Email: ABiondi@sandsanderson.com <br> Email: LBuntingEubanks@sandsanderson.com <br> *Attorney for Defendant, Sequium Asset Solutions, LLC.* | */s/ Torae Sanders* <br> Torae Sanders, <br> *Pro Se* <br> 53 Rexford Drive, <br> Newport News, VA 23608 <br> Raesanders95@gmail.com |

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing was filed this 13ʳᵗʰ day of October, 2021, via the CM/ECF system and that a Notice of Electronic Filing was thereby served upon the following Plaintiff, Torae Sanders, representing herself pro se:

Torae Sanders,
*Pro Se*
53 Rexford Drive,
Newport News, VA 23608
Raesanders95@gmail.com

                */s/ Lindsay K. Bunting Eubanks*
                Andrew Biondi, Esq. (VSB No. 48100)
                Lindsay K. Bunting Eubanks (VSB No. 94686)
                Sands Anderson PC
                1111 East Main Street, Suite 2400
                P.O. Box 1998
                Richmond, VA 23218-1998
                Phone: (804) 648-1636
                Fax: (804) 783-7291
                Email: ABiondi@sandsanderson.com
                Email: LBuntingEubanks@sandsanderson.com
                *Attorney for Defendant,*
                *Sequium Asset Solutions, LLC.*