UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA-NEWPORT NEWS DIVISION

| | |
|---|---|
| TORAE SANDERS<br>    Plaintiff, | ) JURY TRIAL DEMANDED<br>)<br>) |
| v. | ) Case No. 4:21cv96<br>) |
| SEQUIUM ASSET SOLUTIONS, LLC.,<br>and AVANTEUSA LTD.,<br>    Defendant. | )<br>)<br>)<br>)<br>) |

## PLAINTIFF RESPONSE TO ORDER DOCUMENT 13

COMES NOW Plaintiff, Torae Sanders, and files this reply to Document 13 as followed:

Plaintiff has been in talks with Defendant Sequium Asset Solutions, LLC., ONLY. Over the last couple of weeks Plaintiff has written a couple of emails to the Attorney on Record for the Defendant Sequium Asset Solutions, LLC., but none of my emails has been returned also one of the Plaintiff concerns is what the Court Order has pointed out, that the documents read as if Plaintiff is releasing Defendant AvanteUSA LTD., is that's not true.

1

Plaintiff has pointed this out to the Attorney on record but hasn't been able to fix the matter together.

Respectfully submitted:

_Torae Sanders_
Torae Sanders
53 Rexford Drive
Newport News, VA 23608
Raesanders95@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of November 2021, a true and correct copy of the above and foregoing was deposited in the U.S. Mail, first class, postage pre-paid, addressed to:

Lindsay Eubanks
1111 East Main Street, Suite 2400
Richmond, VA 23218

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
_____ DIVISION

__TORAE SANDERS__
Plaintiff(s),

v.

Civil Action Number: 4:21cv96

__SeQuium Asset Solutions LLC and
Avante USA LTD__
Defendant(s).

## LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared, or assisted in the preparation of** __Plaintiff response to Document 13__.
**(Title of Document)**

__Torae Sanders__
Name of *Pro Se* Party (Print or Type)

__Torae Sanders__
Signature of *Pro Se* Party

Executed on: __11/2/21__ (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
**(Title of Document)**

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)